UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13229-RGS

RICHARD B. MARTIN, JR.

v.

DOJ

MEMORANDUM AND ORDER FOR DISMISSAL

December 15, 2015

STEARNS, D.J.

On October 9, 2015, this court issued a Memorandum and Order (Docket No. 7) directing plaintiff to demonstrate good cause why this action should not be dismissed for the reasons stated therein or in the alternative, file an amended complaint by November 13, 2015. The legal impediments addressed in the Memorandum and Order included the failure to set forth plausible claims pursuant to Rule 8 of the Federal Rules of Civil Procedure and the failure to state a claim based on the failure to investigate.

To date, plaintiff has not filed an amended complaint or a show cause response and the time period for doing so has expired. Notably, plaintiff is a frequent filer in this court and has more than half a dozen cases pending.[1] Presumably, plaintiff has decided to concentrate his efforts on those cases instead.

Accordingly, for the failure of plaintiff to comply with this court's directives to demonstrate good cause or file an amended complaint and for the substantive reasons set forth in the

---

[1] *See, e.g.*, *Martin v. McDonald's Corporation*, Civil Action No. 15-11902-GAO; *Martin v. Core Security Solutions, Inc.*, Civil Action No. 15-12328-GAO; *Martin v. Harris*, Civil Action No. 12329-GAO; *Martin v DOJ*, Civil Action No. 15-13230-WGY; *Martin Jr. v. Microsoft Corporation*; Civil Action No. 15-13323-JCB; *Martin v. Whole Foods Market*, Civil Action No. 15-13458-ADB; and *Martin, Jr. v. Salem Police Department, et al.*, Civil Action No. 15-13555-JCB.

Memorandum and Order (Docket No. 7), it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety.

        SO ORDERED.

        <u>/s/ Richard G. Stearns</u>
        UNITED STATES DISTRICT JUDGE